IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA

     vs.               CASE NO. 4:08cr00391-01 JMM

LEMOND SMITH, USM #25361-009
a/k/a G-money


## AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on March 26, 2013 (DE #42), is amended to correct a clerical error. As stated on record during the revocation hearing, as a condition of Supervised Release, the defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 25th day of April, 2013.


_____
UNITED STATES DISTRICT JUDGE